# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NORAIDA MELENDEZ,**

        **Plaintiff,**

**v.**                                                   **Case No:   6:15-cv-47-Orl-22GJK**

**SECRETARY, DEPARTMENT OF
HOMELAND SECURITY, ACTING
DIRECTOR, CITIZENSHIP AND
IMMIGRATION SERVICES,
DISTRICT DIRECTOR, CITIZENSHIP
AND IMMIGRATION SERVICES,
TAMPA, FLORIDA and FIELD OFFICE
DIRECTOR, CITIZENSHIP AND
IMMIGRATION SERVICES,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Defendants' Motion for Summary Judgment (Doc. No. 46) filed on January 4, 2016.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed June 22, 2016 (Doc. No. 47), is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Defendants' Motion for Summary Judgment is hereby GRANTED.

3.      The Clerk is directed to enter judgment in Defendants' favor, and against Plaintiff.

4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on July 7, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record